# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMETRIS HARRIS

NO. 2024 KW 0526

**AUGUST 15, 2024**

---

In Re:  Demetris Harris, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2201489.

---

**BEFORE:  GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

  **WRIT DENIED.**

  JMG
  AHP
  TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT